## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                :

   Plaintiff,                :

   v.                :    Civil Action No. 06-122

          :

AILENE FLEISCHER, ET AL.,                :

   Defendants.                :

### MOTION AND ORDER
### FOR ADMISSION PRO HAC VICE

  Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jennifer L. Best, Esquire, to represent the plaintiff in this action.

       COLM F. CONNOLLY
       United States Attorney

     By: Ellen W. Slights
      Delaware Bar I.D. No. 2782
      The Nemours Building
      1007 Orange Street, Suite 700
      P. O. Box 2046
      Wilmington, Delaware 19899-2046
      (302) 573-6277
      ellen.slights@usdoj.gov

Dated: February 28, 2006

  **IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.

       _____
       United States District Court Judge

DATED:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      :

                 Plaintiff,           :

       v.                         :    Civil Action No.  06-122

AILENE FLEISCHER, ET AL.,      :

               Defendants.      :

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Jennifer L. Best
Trial Attorney
Illinois Bar No. 6269411
U.S. Department of Justice, Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
(202) 307-0714
jennifer.best@usdoj.gov

Date:   February 28, 2006

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    :
                                             :
              Plaintiff,                     :
                                             :
        v.                                   :    Civil Action No. 06-122
                                             :
AILENE FLEISCHER, ET AL.,                    :
                                             :
              Defendants.                    :

## AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on March 1, 2006, I electronically filed the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of Court using ECF which will send notification of such filing to the following:

I hereby attest that on March 1, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Ailene Fleischer                    Deborah A. Fleischer
565 North State Street              565 North State Street
Dover, DE 19901                     Dover, DE 19901

Wachovia Bank, NA
1 Wachovia Center
301 South College Street - TW32
Charlotte, NC 28202

                                    /s/ Kathie Gray

                                    _____
                                    Kathie Gray
                                    Office of the United States Attorney
                                    The Nemours Building
                                    1007 Orange Street, Suite 700
                                    P.O. Box 2046
                                    Wilmington, DE 19899
                                    (302) 573-6277
                                    kathie.gray@usdoj.gov

1563229.1