IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AILENE FLEISCHER, )<br>DEBORAH A. FLEISCHER, )<br>WACHOVIA BANK, NA, )<br>)<br>Defendants. ) | Civil Action No. 06-122 (JJF) |

## ORDER

UPON CONSIDERATION of the United States' motion to allow Department of Justice Attorney Jennifer L. Best to appear without local counsel, the reasons stated therein, and the entire record herein, it is the _10_ day of _April_, 2006 hereby

ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and Department of Justice Attorney Jennifer L. Best is not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with her; and it is,

1616571.1

FURTHER ORDERED that the Clerk's Office provide Department of Justice Attorney Jennifer L. Best with an Electronic Filing Log-In and Password so that she may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
UNITED STATES DISTRICT JUDGE