IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,            )
              Plaintiff,            )
                                    )
v.                                   )    No. 06-cv-122
                                    )
AILENE FLEISCHER, et al.,            )
              Defendants.           )

## STIPULATION

PLAINTIFF, the United States of America, and Wachovia Bank N.A., by and through counsel, stipulate and agree as follows:

1.    That the real property commonly known as 565 N. State Street, Dover, Delaware described in paragraph 17 of the complaint is owned by Ailene Fleischer and Deborah Fleischer.

2.    That by reason of the assessments described in paragraph 11 of the complaint, Federal tax liens arose pursuant to 26 U.S.C. §§ 6321 and 6322, and said tax liens attached to all property and rights to property then owned or thereafter acquired by defendant Ailene Flesicher, including the property commonly known as 565 N. State Street, Dover, Delaware described in paragraph 17 of the complaint.

3.    That notices of Federal tax liens reflecting the assessments described in paragraph 11 of the complaint were filed in Kent County, Delaware on the dates listed in paragraph 20 of the complaint.

4.    That Wachovia recorded a mortgage against the real property commonly known as 565 N. State Street, Dover, Delaware described in paragraph 17 of the complaint on October 23, 2002 between Wachovia as mortgagor and Deborah and Ailene Fleischer as mortgagees.

1624336.1

5. That the real property commonly known as 565 N. State Street, Dover, Delaware described in paragraph 17 of the complaint should be sold to satisfy the Federal tax liens of the United States.

6. That Deborah Fleischer's share of the proceeds shall be distributed first to Wachovia for its claims stemming from the mortgage recorded on October 23, 2002, and second to defendant Deborah Fleischer.

7. That Ailene Fleischer's share of the proceeds of the sale shall be distributed first to reimbursement of the costs of sale; second to the United States in satisfaction of the tax debts of defendant Ailene Fleischer for which notices of Federal tax liens were filed prior to October 23, 2002, third to Wachovia for its claims stemming from the mortgage recorded on October 23, 2002 to the extent Wachovia has not been paid in full through the distribution of Deborah Fleischer's share of the proceeds as set forth in paragraph 6 above, fourth to the United States in satisfaction of the tax debts of defendant Ailene Fleischer for which notices of Federal tax liens were filed subsequent to October 23, 2002, and fifth to defendant Ailene Fleischer.

8. That the parties to this Stipulation shall bear their own respective attorneys fees and costs in this proceeding.

LYONS, DOUGHTY & VELDHUIS, PA

_____  4/26/06
STEPHEN F. DOUGHTY    Date
15 Ashley Place
Suite 2B
Wilmington, DE 19804
Telephone: (302)428-1670

*Attorney for Wachovia*

COLM F. CONNOLLY
United States Attorney

_____ 4/18/06
JENNIFER L. BEST    Date
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Telephone (202) 307-0714

*Attorney for the United States*