IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                )
                                          )
                  Plaintiff,              )
                                          )
        v.                                )        No. 06-cv-122
                                          )
AILENE FLEISCHER, et al.,                 )
                                          )
                  Defendants.             )

### STIPULATION FOR DISMISSAL

PLAINTIFF, the United States of America, and Wachovia Bank N.A., by and through counsel, stipulate and agree as follows:

1.    This case is dismissed; and

2.    That the parties to this Stipulation shall bear their own respective attorneys fees and costs in this proceeding.

LYONS, DOUGHTY &
VELDHUIS, PA

_____  6/6/06
STEPHEN F. DOUGHTY      Date
15 Ashley Place
Suite 2B
Wilmington, DE 19804
Telephone: (302)428-1670

*Attorney for Wachovia*

COLM F. CONNOLLY
United States Attorney

_____  6/15/06
JENNIFER L. BEST        Date
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Telephone (202) 307-0714

*Attorney for the United States*

1725422.1